NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JONATHAN MELVIS,                    )
                                    )
      Appellant,                    )
                                    )
v.                                  )          Case No. 2D17-3446
                                    )
STATE OF FLORIDA,                   )
                                    )
      Appellee.                     )
_____     )

Opinion filed June 28, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Wayne S.
Timmerman and Christopher C. Nash,
Judges.

Jonathan Melvis, pro se.


PER CURIAM.


      Affirmed.


NORTHCUTT, SILBERMAN and ATKINSON, JJ., Concur.